IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALLEN ALPHONZO ADAMS, | : | |
| Plaintiff | : | |
| vs. | : | |
| Commissioner SAMUEL F. HART, *et al.*, | : | NO. 5:11-CV-436 (MTT) |
| Defendants | : | **O R D E R** |

On November 8, 2011, this Court dismissed *pro se* Plaintiff **ALLEN ALPHONZO ADAM'S** complaint filed under 42 U.S.C. § 1983 (Doc. 8).  Plaintiff has filed three post-judgment motions: (1) "Motion for Objection," which this Court docketed as a motion to reconsider (Doc. 9); (2) "Motion for Amended Complaint an[] Procedure" (Doc. 10); and (3) "Motion for Dismiss Defendant Counsel in Opposite Motion Pursuant[] in Rule 12(b)" (Doc. 11).  Although much of Plaintiff's allegations in his motions are unintelligible, he fails allege any facts justifying this Court's reopening this case.  Plaintiff largely complains that dismissal was premature, *e.g.*, because discovery had not occurred.  In contrast to Plaintiff's assertion, this Court is required to screen prisoner complaints prior to their being served on the defendants and dismiss a complaint that is frivolous, malicious, or fails to state a claim.  28 U.S.C. § 1915A.

Accordingly, Plaintiff's motions are hereby **DENIED**.

**SO ORDERED**, this 15th day of November, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr