IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALLEN ALPHONZO ADAMS, | : | |
| Plaintiff | : | |
| vs. | : | |
| Commissioner SAMUEL F. HART, *et al.*, | : | NO. 5:11-CV-436 (MTT) |
| Defendants | : | **O R D E R** |

On November 8, 2011, this Court dismissed *pro se* Plaintiff **ALLEN ALPHONZO ADAM'S** complaint filed under 42 U.S.C. § 1983 (Doc. 7). Plaintiff appealed to the Eleventh Circuit Court of Appeals, which dismissed the appeal as frivolous (Doc. 17).

Plaintiff has filed three post-appeal motions, all relating to the Eleventh Circuit's ruling: (1) "Motion for Reconsideration"(Doc. 18); (2) "Motion to Vacate" (Doc. 19); and (3) "Motion to Modify" (Doc. 20). Because Plaintiff's lawsuit has been dismissed and the dismissal upheld on appeal, this Court has no jurisdiction to hear Plaintiff's motions. Accordingly, the Clerk of Court is hereby **DIRECTED** to **TERMINATE** the pending motions at Docs. 18-20.

**SO ORDERED**, this 9th day of April, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr