IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>COMMISSIONER SAMUEL F. HART, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | CIVIL ACTION NO. 5:11-CV-436(MTT) |

## ORDER

On November 8, 2011, this Court dismissed pro se Plaintiff Allen Alphonzo Adams' complaint. (Doc. 7). The Plaintiff appealed to the Eleventh Circuit Court of Appeals, which dismissed the appeal as frivolous. (Doc. 17). The Plaintiff then filed three post-appeal motions, all relating to the Eleventh Circuit's ruling. (Docs. 18, 19, & 20). The Eleventh Circuit denied all three motions. (Doc. 22). Now, the Plaintiff has filed three additional motions: (1) Motion for Reconsideration (Doc. 23); (2) Motion for Attorney's Fees (Doc. 24); and (3) Motion to Amend Affidavit (Doc. 26). Because the Plaintiff's lawsuit has been dismissed and the dismissal upheld on appeal, this Court has no jurisdiction to hear Plaintiff's motions. Accordingly, the Clerk of Court is hereby **directed** to **terminate** the pending motions at Docs. 23, 24, and 26.

**SO ORDERED,** this 25th day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT